SCALLY *v.* COMMUNICATIONS WORKERS OF AMERICA
(AFL-CIO) DETROIT LOCAL 4000

LABOR RELATIONS—EXHAUSTION OF INTRAUNION REMEDIES—JURISDIC-
TION.
Accelerated judgment for defendant union and its officers *held,*
proper in an action by plaintiff union members to enjoin the
holding of a union meeting, where plaintiffs had not exhausted
their intraunion remedies, since the trial court had no jurisdic-
tion of the action.

Appeal from Wayne; Canham (James N.), J. Submitted Division 2 June 6, 1966, at Lansing. (Docket No. 1,497.) Decided July 12, 1966. Rehearing denied September 2, 1966.

Complaint by John Scally, Stanley Baranowski and Thomas Quinlan against Communications Workers of America UAW-CIO, Detroit Local 4000, Norman G. Mackay, Clarence Groesbeck, and John H. Livingstone to enjoin the holding of a union

REFERENCES FOR POINTS IN HEADNOTE
31 Am Jur, Labor § 68.

meeting.    Accelerated judgment for defendants. Plaintiffs appeal.    Affirmed.

*Robert J. Lawther* (*Edward P. Echlin,* of counsel), for plaintiffs.

*Brennan, Walt & Guth* (*Alan Walt,* of counsel), for defendants.

Per Curiam.    Plaintiffs, members of defendant union, filed this action against the union and its officers but failed to allege that the appeal procedures of the union had been pursued.    In their answer, defendants pleaded as an affirmative defense plaintiffs' failure to exhaust intraunion remedies. Defendants then moved for accelerated judgment on the ground the court lacked jurisdiction of the subject matter, GCR 1963, 116.1(2), and the motion was granted.    Plaintiffs appeal.

*Kennedy* v. *UAW-AFL-CIO Local No. 659* (1966), 3 Mich App 629, controls.    Affirmed, with costs to defendants.

J. H. Gillis, P. J., and Fitzgerald and Quinn, JJ., concurred.